# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| CHARLENE MARTIN,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-02604-KHV-JPO<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Charlene Martin, and Defendant, Citibank, N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 19th day of November 2019.

> By: */s/ JD Haas*
> JD Haas, Esq.
> (SBN #78752)
> J D Haas & Associates, PLLC
> 1120 E. 80th St, Suite 200
> Bloomington, MN 55420
> Tel: (952) 345-1025
> Fax: (952) 854-1665
> Email: jdhaas@jdhaas.com
> *Attorneys for Plaintiff,*
> *Charlene Martin*

-2/2-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

    */s/ Lia Ruggeri*