**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CHARLENE MARTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 19-2604-KHV** |
| **CITIBANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **ORDER**

On November 19, 2019, plaintiff filed a Notice Of Settlement (Doc. #5) indicating that the parties have resolved this matter.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before **January 3, 2020**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of plaintiff's claims under Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated this 21st day of November, 2019 at Kansas City, Kansas.

                                                  s/ Kathryn H. Vratil
                                                  KATHRYN H. VRATIL
                                                  United States District Judge