# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

|  |  |
|---|---|
| Charlene Martin,<br><br>   Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>   Defendant. | **Case No. 2:19-cv-2604-KHV-JPO**<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

NOTICE is hereby given that Plaintiff Charlene Martin, by and through her attorneys, hereby voluntarily dismisses the action referenced above, with prejudice, against Citibank, N.A.

**RESPECTFULLY SUBMITTED** this 12th day December, 2019.

            By: /s/ *J D Haas*
            J D Haas, Esq,
            J D HAAS & ASSOCIATES, PLLC
            1120 E. 80th St, Suite 200
            Bloomington, MN 55420
            T: (952) 345-1025
            F: (952) 854-1665
            E: jdhaas@jdhaas.com
            Attorney for Plaintiff
            Charlene Martin

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Hard copies of the foregoing have been provided via personal delivery or by postal mail to counsel for Citibank, N.A.

                                                  */s/ Florence Lirato*